# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY<br>1 State Farm Plaza<br>Bloomington, Illinois 61710-0001<br><br>and<br><br>STATE FARM FIRE AND CASUALTY  COMPANY<br>1 State Farm Plaza<br>Bloomington, Illinois 61710-0001<br><br>          Plaintiffs<br><br>     v.<br><br>ALLIED HEALTHCARE PRACTITIONERS<br>4444 Connecticut Avenue, N.W.<br>Washington, D.C.  20008<br><br>    and<br><br>RICHARD WILLIAM ALBERT<br>4845 Glenbrook Road, N.W.<br>Washington, D.C.  20016<br><br>          Defendants | Civil Action No.:<br><br><br><br>JURY TRIAL DEMANDED |

## **DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS**

I, Laura Basem Jacobs, the undersigned counsel of record for State Farm Mutual Automobile Insurance Company and State Farm Fire and Casualty Company certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Plaintiffs:

        State Farm General Insurance Company
        State Farm Life Insurance Company
        State Farm Life and Accident Assurance Company
        State Farm County Mutual Insurance Company of Texas
        State Farm Indemnity Company
        State Farm Guaranty Insurance Company
        State Farm Florida Insurance Company
        State Farm Lloyds
        State Farm Bank, F.S.B.
        State Farm Investment Management Corp.
        State Farm VP Management Corp.

Upon information and belief, some or all of these entities may have a financial interest in the outcome of this litigation.

        Respectfully submitted,

        **BUDOW and NOBLE, P.C.**

        _____
        Laura Basem Jacobs, U.S.D.C. Bar No. 449802
        7315 Wisconsin Avenue, Suite 500W
        Bethesda, MD 20814
        301-654-0896
        Attorney for Plaintiffs