CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

STATE FARM MUTUAL )
  AUTOMOBILE INS. CO, ET AL. )
                                 )
          Plaintiff          )
                                 )
            v.               )        Civil Case Number 08-1081 (RMU)
                                 )
                                 )
ALLIED HEALTHCARE )        Category   E
  PRACTIONERS, ET AL. )
                                 )
         Defendants  )

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on June 30, 2008 from Judge Emmet G. Sullivan to Judge Ricardo M. Urbina by direction of the Calendar Committee.

(Case Randomly Reassigned)

                                          JUDGE ELLEN S. HUVELLE
                                          Chair, Calendar and Case
                                          Management Committee

cc:    Judge Urbina & Courtroom Deputy
        Judge Sullivan & Courtroom Deputy
        Liaison, Calendar and Case Management Committee
        Civil Case Processing Clerk