IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**RECEIVED**

AUG - 1 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, et al., <br><br> Plaintiffs <br><br> v. <br><br> ALLIED HEALTHCARE PRACTITIONERS, et al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No: 1-08-cv-1081 (RMU) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## DEFENDANTS' CONSENT MOTION FOR EXTENSION OF TIME WITHIN WHICH TO FILE PLEADING RESPONSIVE TO COMPLAINT

Pursuant to Fed. R. Civ. P. 6 and 12, Defendants Allied Healthcare Practitioners and Richard William Albert, M.D., *pro se*, hereby request an extension of 30 days, through Friday, September 5, 2008, within which to file a pleading in response to the Complaint in this matter. In support of this Motion, Defendants state the following:

## MEMORANDUM OF POINTS AND AUTHORITIES

1. Plaintiffs filed the Complaint in this matter on June 23, 2008. Defendants were served with the Complaint on July 17, 2008. Pursuant to Fed. R. Civ. P. 12(a)(A)(i), a pleading in response to the Complaint is due to be filed within twenty (20) days after service – in this case, on or by August 6, 2008.

2.  Good cause exists for this extension request. Defendants, through counsel,[1] recently have been in discussions with Plaintiffs' counsel regarding issues relating to the Complaint. The Parties agree that additional time is needed to explore such issues before any responsive pleading is filed. Moreover, Defendants need additional time to secure counsel to represent them in this litigation.

2.  Laura Basem Jacobs, Esq., counsel for Plaintiffs, consents to the instant Motion.

**WHEREFORE**, Defendants respectfully request that this Motion be granted. A proposed Order is attached.

Respectfully submitted,

_____
Richard William Albert, M.D.
4444 Connecticut Ave., N.W.
Suite 103
Washington, D.C. 20008
Phone: (202) 966-5556
*Pro Se*

August 1, 2008

---

[1] Defendants have engaged Paul Kiyonaga of Kiyonaga & Soltis, P.C. to discuss with Plaintiffs' counsel such issues. Mr. Kiyonaga has assisted in the preparation of the instant Motion. It has not yet been determined whether Mr. Kiyonaga will serve as counsel for Defendants in this litigation.

## CERTIFICATE OF SERVICE

I hereby certify that on this the 1st day of August, 2008, true and correct copies of the foregoing Defendants' Consent Motion for Extension of Time Within Which to File Pleading Responsive to Complaint and proposed Order were served by first-class mail upon:

>Laura Basem Jacobs, Esq.
>BUDOW & NOBLE, P.C.
>7315 Wisconsin Avenue
>Suite 500 West
>Bethesda, Maryland 20814

_____
Christopher O'Leary

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, et al.,** | ) ) ) ) | |
| Plaintiffs | ) ) ) | |
| v. | ) ) | Case No: 1-08-cv-01081 (RMU) |
| **ALLIED HEALTHCARE PRACTITIONERS, et al.,** | ) ) ) ) | |
| Defendants. | ) ) | |

### ORDER GRANTING DEFENDANTS' CONSENT MOTION FOR EXTENSION OF TIME WITHIN WHICH TO FILE PLEADING RESPONSIVE TO COMPLAINT

Upon consideration of Defendants' Consent Motion for Extension of Time Within Which to File Pleading Responsive to Complaint, and Plaintiffs' consent thereto, it is on this ___ day of _____, 2008 hereby

**ORDERED** that Defendants' Motion is **GRANTED** and that Defendants shall have until September 5, 2008 to file a pleading in response to the Complaint in this matter.

_____
Date

_____
The Honorable Ricardo M. Urbina
United States District Court
for the District of Columbia

Copies to:

Richard William Albert, M.D.
4444 Connecticut Ave., N.W.
Suite 103
Washington, D.C. 20008

Paul Y. Kiyonaga, Esq.
Kiyonaga & Soltis, P.C.
910 17th Street, N.W.
Suite 800
Washington, D.C. 20006

Laura Basem Jacobs, Esq.
BUDOW & NOBLE, P.C.
7315 Wisconsin Avenue
Suite 500 West
Bethesda, Maryland 20814